UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS GLICK AND CHRISTIE GLICK,<br><br>Plaintiffs,<br><br>-against-<br><br>CREDITORS FINANCIAL GROUP, LLC,<br><br>Defendant. | **COMPLAINT and DEMAND FOR JURY TRIAL** |

NOW COME Plaintiffs, THOMAS GLICK AND CHRISTIE GLICK ("Plaintiff"), by and through their attorneys, Krohn & Moss, Ltd., for their Complaint against Defendant, CREDITORS FINANCIAL GROUP, LLC ("Defendant"), allege as follows:

Nature of the Action

1. This action is brought by Plaintiff pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

Parties

2. Plaintiffs are natural persons residing in the Jackson, New Jersey.

3. Plaintiffs are allegedly obligated to pay a debt and is a consumer as defined by 15 U.S.C. § 1692a(3).

4. Defendant is a New York company having its principal place of business located in Buffalo, Niagara County, New York.

5. Defendant is a debt collector as defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiffs.

6. Defendant acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

Jurisdiction and Venue

7. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

8. Because Defendant conducts business and is principally located in the state of New York, personal jurisdiction is established

9. Venue is proper pursuant to 28 U.S.C. § 1391(b)(1).

10. Declaratory relief is available pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 - 2202.

Factual Allegations

11. Defendant constantly and continuously places collection calls to Plaintiffs seeking and demanding payment for an alleged debt.

12. Defendant placed multiple daily collection calls to (732) 241-4578 and (732) 833-8845.

13. Defendant contacted Plaintiff, THOMAS GLICK, at his place of employment at (732) 257-3500.

14. Plaintiff, THOMAS GLICK informed Defendant that he cannot take such calls while at work.

15. Defendant contact Plaintiff, THOMAS GLICK, at work despite being informed that he cannot receive such calls at work.

16. Defendant has contacted Plaintiffs' parents and disclosed the fact that Defendant was attempting to collect upon an alleged debt.

17. Defendant threatened Plaintiffs with immediate legal action if payment was not made.

18. Defendant has not filed any legal proceedings against Plaintiffs.

## CLAIM FOR RELIEF

19. Defendant's violations of the FDCPA include, but are not limited to, the following:

   a. Defendant violated §1692b(2) of the FDCPA because Defendant contacted a third party and communicated that Plaintiffs owe an alleged debt;

   b. Defendant violated §1692c(b) of the FDCPA because Defendant contacted a third party and communicated that Plaintiffs owe an alleged debt;

   c. Defendant violated §1692d of the FDCPA because Defendant engaged in conduct of which the natural consequence is the abuse and harassment of the Plaintiffs;

   d. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff;

   e. Defendant violated §1692e(5) of the FDCPA because Defendant engaged in false and misleading representations by threatening to file a lawsuit against Plaintiffs even though Defendant has not filed a lawsuit and does not intend to do so;

   f. Defendant violated §1692e(10) of the FDCPA because Defendant engaged in the deceptive collection tactics of making false threats to initiate legal action against the Plaintiffs even though Defendant has not done so and does not intend to do so;

20. As a consequence of Defendant's foregoing actions, Plaintiffs have suffered from emotional distress. (See Exhibit A).

21. Plaintiffs are entitled to their attorney's fees and costs incurred in this action.

22. This case presents an actual and justiciable controversy within the meaning of the Declaratory Judgment Act, 28 U.S.C. §§ 2201 - 2202.

**WHEREFORE**, Plaintiffs pray that judgment be entered against Defendant for the following:

(1)  Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*;

(2)  Actual damages

(3)  Statutory damages pursuant to 15 U.S.C. § 1692k

(4)  Reasonable attorneys' fees, costs pursuant to 15 U.S.C. § 1692k; and

(5)  Awarding such other and further relief as may be just, proper and equitable.

Dated:	April 7, 2009

KROHN & MOSS, LTD.

By:  /s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
Telephone:  312-578-9428
Telefax:  866-802-0021
ahill@consumerlawcenter.com
Attorney for Plaintiff

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiffs, THOMAS GLICK AND CHRISTIE GLICK, hereby demand a jury trial in this matter.

# EXHIBIT A

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** / NO
2. Fear of answering the telephone — **YES** / NO
3. Nervousness — **YES** / NO
4. Fear of answering the door — **YES** / NO
5. Embarrassment when speaking with family or friends — **YES** / NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** / NO
7. Chest pains — YES / **NO**
8. Feelings of hopelessness, pessimism — **YES** / NO
9. Feelings of guilt, worthlessness, helplessness — **YES** / NO
10. Appetite and/or weight loss or overeating and weight gain — YES / **NO**
11. Thoughts of death, suicide or suicide attempts — YES / **NO**
12. Restlessness or irritability — **YES** / NO
13. Headache, nausea, chronic pain or fatigue — **YES** / NO
14. Negative impact on my job — **YES** / NO
15. Negative impact on my relationships — **YES** / NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____
_____
_____
_____

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 3/8/09

Signed Name: _Thomas E Glick_

Printed Name: _[signature]_

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** / NO
2. Fear of answering the telephone — **YES** / NO
3. Nervousness — **YES** / NO
4. Fear of answering the door — **YES** / NO
5. Embarrassment when speaking with family or friends — **YES** / NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** / NO
7. Chest pains — **YES** / NO
8. Feelings of hopelessness, pessimism — **YES** / NO
9. Feelings of guilt, worthlessness, helplessness — **YES** / NO
10. Appetite and/or weight loss or overeating and weight gain — **YES** / NO
11. Thoughts of death, suicide or suicide attempts — YES / **NO**
12. Restlessness or irritability — **YES** / NO
13. Headache, nausea, chronic pain or fatigue — **YES** / NO
14. Negative impact on my job — **YES** / NO
15. Negative impact on my relationships — **YES** / NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____
_____
_____
_____
_____

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 3/31/09

_____
Signed Name

Christie G Glick
Printed Name