UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THOMAS GLICK AND CHRISTIE GLICK,

          Plaintiffs,

-against-                      **NOTICE OF VOLUNTARY DISMISSAL**

CREDITORS FINANCIAL GROUP, LLC,

          Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

THOMAS GLICK AND CHRISTIE GLICK (Plaintiffs), by their attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismiss, with prejudice, CREDITORS FINANCIAL GROUP, LLC (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By:    /s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Facsimile: 866-802-0021
ahill@consumerlawcenter.com
Attorney for Plaintiff

1